# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3948 | **DATE** | 2/4/2009 |
| **CASE TITLE** | Evelyn Salopek vs. Skyway Elevator Repair | | |

**DOCKET ENTRY TEXT**

Pursuant to the Notice of Dismissal, this action is dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs. Any upcoming deadlines, motions or scheduling dates are stricken and terminated. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|